Rev. 7/19 89

# CONFIDENTIAL FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 5900 | | | Notes payable to banks—secured | | | |
| U S Government securities—add schedule | | | | Notes payable to banks—unsecured | | | |
| | | | | Notes payable to relatives | | | |
| Listed securities—add schedule | 8400 | | | Notes payable to others | | | |
| Unlisted securities—add schedule | 500 | | | Accounts and bills due | 2500 | | |
| Accounts and notes receivable: | | | | Unpaid income tax | | | |
| Due from relatives and friends | | | | Other unpaid tax and interest | | | |
| Due from others | | | | Real estate mortgages payable—add schedule | 52000 | | |
| Doubtful | | | | | | | |
| Real estate owned—add schedule | 179000 | | | Chattel mortgages and other liens payable | 11400 | | |
| Real estate mortgages receivable | | | | Other debts—itemize | | | |
| Autos and other personal property | 35500 | | | | | | |
| Cash value—life insurance | 2700 | | | | | | |
| Other assets—itemize: | | | | | | | |
| State of Ill. pension cash value | 92000 | | | | | | |
| IRA accts. | 16900 | | | Total liabilities | 65900 | | |
| | | | | Net worth | 275000 | | |
| Total assets | 340900 | | | Total liabilities and net worth | 340900 | | |

| CONTINGENT LIABILITIES | None | | | GENERAL INFORMATION | | | |
|---|---|---|---|---|---|---|---|
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule.) | no | | |
| On leases or contracts | | | | | | | |
| Legal Claims | | | | Are you defendant in any suits or legal actions? | no | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | Have you ever taken bankruptcy? | no | | |

**SCHEDULE I**

**ASSETS:**
Cash on hand in banks

|  |  |
|---|---|
| Home State Bank<br>40 Grant Street<br>Crystal Lake, IL 60014<br>Checking Account | $ 1,400 |
| Safety-Kleen Corp.<br>777 Big Timber Road<br>Elgin, IL 60123<br>Credit Union | 4,500 |

Listed securities

|  |  |
|---|---|
| Safety-Kleen Corp. (SK)<br>Common stock | 8,400 |

Unlisted securities

|  |  |
|---|---|
| Chapman Energy Co., Inc.<br>Common stock | 500 |

Real estate owned

|  |  |
|---|---|
| 420 Country Club Road<br>Crystal Lake, IL 60014 | 179,000 |

Autos and other personal property

|  |  |
|---|---|
| 1986 Toyota sedan | 10,000 |
| 1986 Pontiac Station Wagon | 8,000 |
| 1982 Volkswagen Rabbit | 2,500 |
| Residential personalty | 15,000 |

Cash value - life insurance

|  |  |
|---|---|
| Northwestern Mutual Ins. Co. | 2,700 |

Other assets:

|  |  |
|---|---|
| Present cash value of pensions:<br>State of Illinois | 92,000 |
| Safety Kleen Corp. * | Nil |

* We are unable to ascertain the actuarial present value of my spouse's pension, but in 19 years, age 65, she will receive a pension of $154/month.

Charles Schwab & Co. as trustee of
IRA accounts for

| | |
|---|---:|
| George W. Lindberg | 8,350 |
| Linda M. Lindberg | 8,550 |
| | $ 340,900 |
| Total Assets (rounded): | $ 340,900 |

## SCHEDULE II - LIABILITIES

Accounts and bills due

| | |
|---|---:|
| Misc. credit card accounts, utilities, etc. | $ 2,500 |

Real estate mortgages payable

| | |
|---|---:|
| Citicorp of Crystal Lake First mortgage on personal residence | 25,000 |
| Second mortgage on personal residence | 27,000 |

Chattel mortgages

Home State Bank of Crystal Lake

| | |
|---|---:|
| 1986 Toyota Cressida | 6,300 |
| 1986 Pontiac Wagon | 5,100 |
| Total Liabilities: | $ 65,900 |